**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,     :   No. 104 EAL 2022
                                      :
           Petitioner             :
                                        :   Petition for Allowance of Appeal
                                        :   from the Order of the Superior Court
           v.                         :
                                        :
                                        :
RONALD HARRIS,                       :
                                        :
           Respondent         :

## ORDER

**PER CURIAM**

      **AND NOW**, this 4th day of October, 2022, the Petition for Allowance of Appeal is

**GRANTED**.  The issue, rephrased for clarity, is:

Whether the Commonwealth, based on constitutional or non-constitutional principles, is prohibited from proceeding to trial following a preliminary hearing where it presented non-hearsay evidence establishing elements of the crimes charged and established the defendant's identity through hearsay evidence from officers who personally interviewed the shooting victim in the immediate aftermath of the crime and to whom the victim identified his shooters by name and in the photographs.